UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE SCOTT JOACHIM,<br><br>        Petitioner,<br><br>   v.<br><br>S. HATTON, Warden,<br><br>        Respondent. | Case No. 16-cv-00895-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 5 |

Good cause appearing, respondent's application for an extension of time to file an answer to the petition is GRANTED. Respondent shall file his answer to the petition no later than **September 23, 2016**. Within **thirty-five (35) days** of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

This order terminates Docket No. 5.

**IT IS SO ORDERED.**

Dated: August 1, 2016

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DUANE SCOTT JOACHIM,

    Plaintiff,

v.

S. HATTON,

    Defendant.

Case No. 16-cv-00895-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duane Scott Joachim ID: AS3052
CTF
P O Box 690
Soledad, CA 93960

Dated: August 1, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Nikki D. Riley, Deputy Clerk to the
    Honorable HAYWOOD S. GILLIAM, JR.