UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE SCOTT JOACHIM,<br><br>        Petitioner,<br><br>   v.<br><br>S. HATTON,<br><br>        Respondent. | Case No. 16-cv-00895-HSG<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal and Denial of Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: 11/2/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge